1  Kennan E. Kaeder
   Attorney at Law
2  110 West C Street
   Suite 1300
3  San Diego, Ca 92101
   619-232-6545
4  619-374-7277 Fax
   SBN: 102570
5

6  Attorney for Plaintiff Smart Salt, Inc.

7

8

9                    UNITED STATES DISTRICT COURT

10       FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11  Smart Salt, Inc.,                    )   Case No.: '08 CV 1040 LAB BLM
                                         )
12              Plaintiff,               )
                                         )   COMPLAINT FOR TRADEMARK
13       vs.                             )   INFRINGEMENT AND DILUTION; UNFAIR
                                         )   COMPETITION
14  Mineral Resources International, Inc. and )
15  Does 1 through 25, inclusive,        )   JURY TRIAL DEMANDED
                                         )
16              Defendants               )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19  _____ )

20

21       Plaintiff Smart Salt, Inc. alleges as follows:

22                    JURISDICTION AND VENUE

23       1.    This action arises under 15 U.S.C. §§ 1051, et seq.  Jurisdiction is therefore

24  proper under 28 U.S.C. §§1331 and 1332.

25       2.    Pendent or supplemental jurisdiction of this Court exists for the state law claims

26  stated herein, each of which arise out of a common nucleus of operative facts with those from

27  which the federal claims arises.

28       3.    Venue in this judicial district is proper under 28 U.S.C. §1391(b) and (c). On

information and belief, Defendant has on a continual basis committed infringing and diluting

Complaint For Trademark Infringement
And Dilution
Page- 1

acts alleged below within the Southern District of California in business interactions purposefully elicited by Defendant with or directed to residents of said district, including, inter alia, causing infringing sales within the district, Internet website advertising and promotion and other promotion and media advertising within said district and other use of the infringing mark that harms Plaintiff within said district and a substantial part of the property that is the subject of this action is situated in this district.

THE PARTIES

4.      Plaintiff Smart Salt, Inc. is a California corporation having its principal place of business in San Diego, California.

5.      Plaintiff is informed and believes, and based thereon, that Defendant, Mineral Resources International, Inc. is a Utah corporation with its principal place of business in Salt Lake City, UT.

6.      Plaintiff is ignorant of the true names and capacities of Defendants sued herein as Does 1 through 25 inclusive and thereon sues these Defendants by such fictitious names. Plaintiff will amend this complaint to include their true names and capacities when same are ascertained. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, each of the Defendants was or may have been acting as the agent, servant or employee of each of the remaining Defendants.

7.      Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the Defendants ratified, endorsed, approved of and consented to each of the actions taken by each of the remaining Defendants with the intent that all such actions would be their own act and deed.

FACTUAL BACKGROUND AND GENERAL ALLEGATIONS

8.      Commencing in or about 2001, and continuing to date, Plaintiff and its predecessors in interest have been doing business in the United States and abroad, using in commerce the mark "Smart Salt" in connection with providing the best tasting, healthiest salt on the market. Plaintiff's unique patented formula provides the taste of traditional table salt

1    with added health benefits by reducing the excessive amount of sodium found in table salt by

2    up to 50 percent and by adding potassium and magnesium.

3          9.    Plaintiff acquired trademark and servicemark rights to the mark "Smart Salt"

4    both at common law from and after said date and further by virtue of registration with the

5    United States Patent and Trademark Office, including federal Trademark Registration No.

6    3240515.

7          10.    Plaintiff has extensively marketed and promoted said mark. Moreover, Plaintiff

8    has invested substantial time, energy and resources to develop said mark. The mark is

9    inherently arbitrary, fanciful, distinctive or suggestive, or has otherwise acquired secondary

10   meaning in the relevant channels of trade to refer to Plaintiff.

11         11.    Plaintiff is informed and believes, and thereon alleges, that commencing at a

12   time unknown to Plaintiff, Defendant has used in commerce a confusingly similar "Smart Salt"

13   mark in connection with the promotion, advertising, offering for sale and licensing of goods and

14   services or other use in commerce as an indicator of origin of goods.

15         12.    Plaintiff is further informed and believes that Defendant has not registered its

16   mark with any governmental authority and that Defendant has not used the mark since 2004

17   and has thereon abandoned the mark but nevertheless as recently as February 2008 has

18   insisted it is entitled to exclusive use of the mark.

19   <u>COUNT I</u>

20   <u>(Trademark Dilution)</u>

21         13.    As and for a cause of action against Defendant, Plaintiff adopts, realleges and

22   incorporates by reference as though set out in full all of the allegations set forth in paragraphs 1

23   through the immediately preceding paragraph.

24         14.    Plaintiff's mark is a famous mark and entitled to protection under the federal

25   Lanham Act, 15 U.S.C. §1051, et. seq.

26         15.    Plaintiff is informed and believes and thereon alleges that the use of the mark by

27   Defendant tends to dilute the famous nature of Plaintiff's mark.

28

16.    As a proximate result of Defendant's above-described willful conduct Plaintiff is informed and believes and thereon alleges that Plaintiff has been damaged in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

17.    The above described acts of the Defendant has caused and is continuing to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law and Defendant will continue to do so unless temporary, preliminary and permanent injunctions are issued by this Court.

COUNT II

(Trademark Infringement)

18.    As and for a cause of action against Defendant, Plaintiff adopts, realleges and incorporates by reference as though set out in full all of the allegations set forth in paragraphs 1 through the immediately preceding paragraph.

19.    Plaintiff is informed and believes and based thereon alleges that Defendant has created a likelihood of confusion with Plaintiff's mark in the relevant marketplace to Plaintiff's damage, thereby constituting infringement of Plaintiff's registered and unregistered trademarks and service marks.

20.    As a proximate result of Defendant's above-described conduct, Plaintiff is informed and believes and thereon alleges that it has been damaged in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

21.    At all material times, Plaintiff is informed and believes that Defendant acted in bad faith, oppressively and maliciously toward Plaintiff with intent to injure Plaintiff thereby entitling Plaintiff to treble damages against Defendant in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

22.    The above described acts of the Defendant has caused and is continuing to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law and Defendant

will continue to do so unless temporary, preliminary and permanent injunctions are issued by this Court.

COUNT III

(Federal Unfair Competition)

23.    As and for a cause of action against Defendant, Plaintiff adopts, realleges and incorporates by reference as though set out in full all of the allegations set forth in paragraphs 1 through the immediately preceding paragraph.

24.    The foregoing actions constitute unfair competition in violation of 15 U.S.C. §1125(a).

25.    As a proximate result of Defendant's above-described conduct, Plaintiff is informed and believes and thereon alleges that it has been damaged in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

26.    At all material times, Plaintiff is informed and believes that Defendant acted in bad faith, oppressively and maliciously toward Plaintiff with intent to injure Plaintiff thereby entitling Plaintiff to treble damages against Defendant in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

27.    The above described acts of the Defendant has caused and is continuing to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law and Defendant will continue to do so unless temporary, preliminary and permanent injunctions are issued by this Court.

COUNT IV

(Contributory Trademark Infringement and Dilution)

28.    As and for a cause of action against Defendant, Plaintiff adopts, realleges and incorporates by reference as though set out in full all of the allegations set forth in paragraphs 1 through the immediately preceding paragraph.

29.    Plaintiff is informed and believes and thereon alleges that Defendant has engaged in contributory trademark infringement and dilution by inducing third parties and others to infringe and dilute Plaintiff's marks.

30.    As a proximate result of Defendant's above-described conduct, Plaintiff is informed and believes and thereon alleges that it has been damaged in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

31.    At all material times, Plaintiff is informed and believes that Defendant acted in bad faith, oppressively and maliciously toward Plaintiff with intent to injure Plaintiff thereby entitling Plaintiff to treble damages against Defendant in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

32.    The above described acts of the Defendant has caused and is continuing to cause irreparable injury to Plaintiff for which Plaintiff has no adequate remedy at law and Defendant will continue to do so unless temporary, preliminary and permanent injunctions are issued by this Court.

COUNT V

(State Common Law Unfair Competition)

33.    As and for a cause of action against Defendant, Plaintiff adopts, realleges and incorporates by reference as though set out in full all of the allegations set forth in paragraphs 1 through the immediately preceding paragraph.

34.    The actions of Defendant as described hereinabove constitute unfair competition under California common law.

35.    As a proximate result of Defendant's above-described conduct, Plaintiff is informed and believes and thereon alleges that it has been damaged in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

36.    At all material times, Plaintiff is informed and believes that Defendant acted in bad faith, oppressively and maliciously toward Plaintiff with intent to injure Plaintiff thereby

Complaint For Trademark Infringement
And Dilution
Page- 6

entitling Plaintiff to punitive damages against Defendant in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

37.    The above described acts of the Defendant has caused and is continuing to cause irreparable injury to Plaintiff for  which Plaintiff has no adequate remedy at law and Defendant will continue to do so unless temporary, preliminary and permanent injunctions are issued by this Court.

COUNT VI

(State Statutory Unfair Competition)

38.    As and for a cause of action against Defendant, Plaintiff adopts, realleges and incorporates by reference as though set out in full all of the allegations set forth in paragraphs 1 through the immediately preceding paragraph.

39.    The actions of Defendant as described hereinabove constitute unfair competition in that said actions are unlawful, unfair or fraudulent business practices under California Business & Professions Code §17200.

40.    As a proximate result of Defendant's above-described conduct, Plaintiff is informed and believes and thereon alleges that it has been damaged in an unascertained amount. Plaintiff will seek leave to amend this Complaint when such damages have been ascertained.

41.    The above described acts of the Defendant has caused and is continuing to cause irreparable injury to Plaintiff for  which Plaintiff has no adequate remedy at law and Defendant will continue to do so unless temporary, preliminary and permanent injunctions are issued by this Court.

WHEREFORE, Plaintiff prays for judgment in its favor and against Defendant as follows:

1.    An award of monetary damages, including recovery of Defendant's profits and the damages sustained by Plaintiff arising from the acts of Defendant complained of herein according to proof;

2.    An award of trebled monetary damages according to proof;

Complaint For Trademark Infringement
And Dilution
Page- 7

3.      An award of prejudgment interest from the date of each wrongful act and recovery of Plaintiff's attorney fees and costs;

4.      Injunctive relieve against Defendant and its officers, agents, employees, servants, attorneys, representatives, successors and assigns and all others in privity and acting on behalf of or in concert therewith from using as a trade name, trademark, service mark or otherwise referring to itself or its goods or services, comprising or containing the words "Smart Salt" or any acronym of similar appearance, sound or import, including, but not limited to, licensing, selling or otherwise using in commerce the term "Smart Salt" as indicator of origin of goods in connection with any licensing, merchandising or sale of goods or services.

5.      A judicial declaration that Plaintiff shall have the exclusive right to use the mark and domain name of "Smart Salt" and an order that Defendant transfer all right, title and interest in and to said mark and domain to Plaintiff;

6.      For an award of punitive damages according to proof;

7.      An award of Plaintiff's attorney's fees and costs; and

8.      Any and all further relief as may be deemed fit and proper.

<u>JURY TRIAL DEMAND</u>

Pursuant to Federal Rule of Civil Procedure 39(b), 5(d) and Local Rule 38.1 Plaintiff demands a jury trial of all issues triable by jury.

Dated: June 9, 2008                                    Respectfully submitted,


                                                       Kennan E. Kaeder
                                                       Attorney for Plaintiff

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Smart Salt, Inc.

**DEFENDANTS**
Mineral Resources International, Inc.

2008 JUN 11 PM 2:25
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY: _____ DEPUTY

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kennan E. Kaeder, Esq., 110 West C Street, Suite 1300,
San Diego, Ca 92101 619-232-6545

Attorneys (If Known)

'08 CV 1 0 4 0 LAB BLM

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question (U.S. Government Not a Party) |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) |

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judgment |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1051
Brief description of cause:
Trademark Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE
06/11/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 151857  AMOUNT $350—  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

AB 06/11/08



## UNITED STATES
## DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 151857    -- MB

## June 11, 2008
## 14:30:02

### Civ Fil Non-Pris
USAO #.: 08CV1040 CIVIL FILING
Judge..: LARRY A BURNS
Amount.:                    $350.00 CK
Check#.: PC2277

### Photocopies
USAO #.: COPIES
Qty....:   2 @ $0.50
Amount.:                    $1.00 CK
Check#.: PC2277

### Total-> $351.00

FROM: SMART SALT INC VS
      MINERAL RESOURCES INTL INC

AO 120 (Rev.3/04)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290  and/or 15 U.S.C. § 1116 you are hereby advised
that a court action has been filed in the U.S. District Court San Diego on the following Patents or Trademarks:

| DOCKET NO.<br><br>08cv1040 | DATE FILED<br><br>6/11/2008 | U.S. DISTRICT COURT<br><br>Southern District of California |
|---|---|---|

| PLAINTIFF<br><br>Smarth Salt, Inc. | DEFENDANT<br><br>Mineral Resources International, Inc. Et al |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1  See Attached Complaint | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. | PATENT OR TRADEMARK NO. |
|---|---|---|
| 1 | 6 | 11 |
| 2 | 7 | 12 |
| 3 | 8 | 13 |
| 4 | 9 | 14 |
| 5 | 10 | 15 |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK<br><br>W. Samuel Hamrick, Jr. | (BY) DEPUTY CLERK | DATE |
|---|---|---|