Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 JUN 11 PM 2:33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ cnk _____ DEPUTY

Smart Salt, Inc.

vs

Mineral Resources International, Inc.
and DOES 1 through 25, inclusive.

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 1040 LAB BLM**

TO: (Name and Address of Defendant)

  YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Kennan E. Kaeder,
Attorney at Law
110 West C Street, Suite 1300, San Diego, Ca 92101 (619)-232-6545

  An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 11 2008

W. Samuel Hamrick, Jr.
CLERK                                           DATE

K. HAMMERLY

By _____, Deputy Clerk