1  Philip J. Giacinti, Jr. (Bar No. 065909)
   PROCOPIO, CORY, HARGREAVES &
2       SAVITCH LLP
   530 B Street, Suite 2100
3  San Diego, California  92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorneys for Defendant,
   Mineral Resources International, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| SMART SALT, INC., | Case No.: 08 CV 1040 LAB BLM |
|---|---|
| Plaintiff, | **DEFENDANT, MINERAL RESOURCES INTERNATIONAL, INC.'S MOTION TO QUASH SERVICE OF PROCESS** |
| v. | |
| MINERAL RESOURCES INTERNATIONAL, INC.; and JOHN DOES 1 through 25, inclusive, | NO ORAL ARGUMENT PURSUANT TO LOCAL RULE |
| Defendants. | Ctrm:   9<br>Judge:  Hon. Larry Alan Burns |

Defendant, Mineral Resources International, Inc. ("MRI") hereby moves the Court pursuant to FRCP Rule 12(b)(5) to quash Plaintiff's purported service of process of the Summons and Complaint on MRI on or about June 18, 2008, in the above-entitled case, on the basis that it was not performed in the manner required by FRCP Rule 4.  MRI further requests the Court to require the Plaintiff to complete service of process upon MRI in the manner prescribed by the FRCP Rule 4, prior to requiring MRI to file an Answer to Plaintiff's Complaint.  This motion is supported by MRI's notice of motion, memorandum of points and authorities and the affidavits of Marysa Cardwell and Bruce H. Anderson filed in conjunction therewith.

DATED:  July 9, 2008              PROCOPIO, CORY, HARGREAVES &
                                    SAVITCH LLP


                                  By:  /s/ Philip J. Giacinti, Jr.
                                       Philip J. Giacinti, Jr.
                                       Attorneys for Defendant,
                                       Mineral Resources International, Inc.

999999/901019/940022.01

1  Philip J. Giacinti, Jr. (Bar No. 065909)
   PROCOPIO, CORY, HARGREAVES &
2       SAVITCH LLP
   530 B Street, Suite 2100
3  San Diego, California  92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorneys for Defendant,
   Mineral Resources International, Inc.
6

7

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | SMART SALT, INC., | Case No.: 08 CV 1040 LAB BLM
11 | Plaintiff, | **DEFENDANT, MINERAL RESOURCES INTERNATIONAL, INC.'S NOTICE OF MOTION TO QUASH SERVICE OF PROCESS**
12 | v. |
13 | MINERAL RESOURCES INTERNATIONAL, INC.; and JOHN DOES 1 through 25, inclusive, | NO ORAL ARGUMENT PURSUANT TO LOCAL RULE
14 | Defendants. |
15 |  | Ctrm: 9
   |  | Judge: Hon. Larry Alan Burns

17    TO:  PLAINTIFF, SMART SALT, INC. AND ITS COUNSEL OF RECORD:

18    PLEASE TAKE NOTICE that on August 25, 2008, at 11:15 a.m. or as soon thereafter as
19 the matter may be heard in Department 9 of the above entitled Court, located at 940 Front Street,
20 San Diego, California, Defendant, Mineral Resources International, Inc. will and does move the
21 Court for an order quashing service of process.

22    PLEASE TAKE FURTHER NOTICE that, although the motion will be heard at the above
23 stated date and time, the District Court generally decides motions based upon papers submitted
24 by the parties.  If the District Court decides that oral argument will assist it in deciding the
25 motion, counsel for the parties will be notified telephonically at least three court days before the
26 specified hearing date.

27    The motion is based upon this notice, motion, memorandum of points and authorities and
28 the affidavits of Marysa Cardwell and Bruce H. Anderson together with exhibits.

999999/901019/940028.01

Any opposition to the motion should be filed and served pursuant to District Local Rule 7.1.e.2.

DATED: July 9, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Philip J. Giacinti, Jr.
Philip J. Giacinti, Jr.
Attorneys for Defendant,
Mineral Resources International, Inc.

Philip J. Giacinti, Jr. (Bar No. 065909)
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
530 B Street, Suite 2100
San Diego, California  92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant,
Mineral Resources International, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART SALT, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>MINERAL RESOURCES INTERNATIONAL, INC.; and JOHN DOES 1 through 25, inclusive,<br><br>             Defendants. | Case No.: 08 CV 1040 LAB BLM<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO QUASH SERVICE OF PROCESS**<br><br>NO ORAL ARGUMENT PURSUANT TO LOCAL RULE<br><br>Ctrm:   9<br>Judge:   Hon. Larry Alan Burns |

Defendant Mineral Resources International, Inc. ("MRI"), by and through its undersigned counsel of record, hereby respectfully submits its memorandum in support of its motion to quash service of process.

**I.**

**STATEMENT OF FACTS**

1.      On or about June 18, 2008, the U.S. Postal Service delivered a certified letter addressed to "Mineral Resources International, Inc., 1990 West 3300 South, Ogden, Utah 84401" to the premises of MRI at 1990 West 3300 South, Ogden, Utah 84401.  Marysa Cardwell personally received such letter and signed the certified mail receipt for such letter.  Contained inside the certified letter was a copy of the Civil Cover Sheet, Plaintiff's Complaint and a Summons filed or issued in the above-entitled lawsuit.  Nothing else was enclosed in the certified letter.  See, Affidavit of Marysa Cardwell.

1  2.   Marysa Cardwell is an employee of MRI, who serves as the Human Resources Director of MRI.  Marysa Cardwell is not the head of the corporation, the controller, the general manager, a managing or general agent, or any other officer of MRI, nor has she been designated as the agent for service of process upon MRI, either by appointment or by law.  MRI has received no request for waiver of service from Plaintiff.  See, Affidavit of Bruce H. Anderson.

3.   MRI is a Utah corporation, which has never been registered to do business in the State of California.  See, Affidavit of Bruce H. Anderson.

## II.

## **ARGUMENT**

**A.   Federal Law Concerning Service of Process**

FRCP Rule 4(h) states the following in relevant part concerning service of process of a corporation:

> Unless federal law provides otherwise or the defendant's waiver has been filed, a domestic or foreign corporation . . . that is subject to suit under a common name, must be served (1) in a judicial district of the United States: (A) in the manner prescribed by Rule 4(e)(1) for serving an individual; or (B) by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process and—if the agent is one authorized by statute and the statute so requires—by also mailing a copy of each to the defendant .

In this case, Plaintiff has not requested a waiver of service from MRI.  In addition, pursuant to Plaintiff's purported service of process of the Summons and Complaint on MRI, Plaintiff did not deliver a copy of the summons and complaint to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process as is allowed under FRCP Rule 4(h)(1)(B).  Therefore, the only other possible manner in which Plaintiff could have properly served MRI would have been "in the manner prescribed by Rule 4(e)(1) for serving an individual."

FRCP Rule 4(e)(1) states the following in relevant part:

> Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served in a judicial district of the United States by: (1) following state law for serving a summons in an action brought

2

in courts of general jurisdiction in the state where the district court is located or where service is made.

### B. California Law Concerning Service of Process

There are three provisions of the California Civil Procedure Code that are relevant to serving a corporation that is outside the State of California, but is within the United States. Cal.Civ.Pro.Code §413.10(b) states the following in relevant part:

> "Except as otherwise provided by statute, a summons shall be served on a person . . . (b) Outside this state but within the United States, as provided by this chapter or as prescribed by the law of the place where the person is served."

Cal.Civ.Pro.Code §415.40 states the following:

> A summons may be served on a person outside this state in any manner provided by this article or by sending a copy of the summons and of the complaint *to the person to be served* by first class mail, postage prepaid, requiring a return receipt. Service of a summons by this form of mail is deemed complete on the 10th day after such mailing. [Emphasis added.]

Cal.Civ.Pro.Code §416.10 states the following:

> A summons may be served on a corporation by delivering a copy of the summons and the complaint by any of the following methods: (a) To the person designated as agent for service of process as provided by any provision in Section 202, 1502, 2105, or 2107 of the Corporations Code (or Sections 3301 to 3303, inclusive, or Sections 6500 to 6504, inclusive, of the Corporations Code, as in effect on December 31, 1976, with respect to corporations to which they remain applicable). (b) To the president, chief executive officer, or other head of the corporation, a vice president, a secretary or assistant secretary, a treasurer or assistant treasurer, a controller or chief financial officer, a general manager, or a person authorized by the corporation to receive service of process. (c) If the corporation is a bank, to a cashier or to a person specified in subdivision (a) or (b). (d) If authorized by any provision in Section 1701, 1702, 2110, or 2111 of the Corporations Code (or Sections 3301 to 3303, inclusive, or Sections 6500 to 6504, inclusive, of the Corporations Code, as in effect in December 31, 1976, with respect to corporations to which they remain applicable), as provided by that provision.

Cal.Civ.Pro.Code §413.10(b) states that a defendant in the United States, but outside of the State of California may be served in the manner set forth in California law or in the manner set forth in the state where such defendant is served—in this case, the State of Utah. Cal.Civ.Pro.Code §415.40 provides that a summons and complaint can be served by mailing, to a defendant outside

1  the State of California, but requires that the summons and complaint be sent *to the person to be*
2  *served*.

3  Cal.Civ.Pro.Code §416.10 designates how a corporation is to be served. §416.10(a) is
4  inapplicable to this case, because it applies only to a California corporation or to a foreign
5  corporation that has been registered in the State of California. MRI is not a California
6  corporation, nor has it been registered to do business in the State of California. §416.10(c) is
7  inapplicable to this case, because MRI is not a bank. §416.10(d) is inapplicable to this case,
8  because it applies only to a California corporation or to a foreign corporation that has been
9  registered in the State of California, or to situations in which the Plaintiff has obtained an order
10 from the Court allowing the Plaintiff to serve a defendant by serving the California Secretary of
11 State.

12 Section 416.10(b) is the only California State statutory provision applicable to this case,
13 which designates the person who must be served in order to complete service of process upon a
14 corporation. Plaintiff has not complied with §416.10(b), whereas Plaintiff addressed the subject
15 letter, in general, to "Mineral Resources International, Inc.," rather than to "the president, chief
16 executive officer, other head of the corporation, a vice president, a secretary or assistant
17 secretary, a treasurer or assistant treasurer, a controller or chief financial officer, a general
18 manager, or a person authorized by the corporation to receive service of process"—either by
19 position title or by name. And, none of such persons received such certified letter. Rather,
20 Marysa Cardwell, who has no other position with MRI than her position as human resources
21 director, received and signed for such certified letter.

22 Based on the foregoing, Plaintiff has not complied with California State law concerning
23 service of process. Therefore, the only other possible manner in which Plaintiff could have
24 properly served MRI would have been by complying with Utah State law for service of process
25 of a corporation.

26  **C.    Utah Law Concerning Service of Process**
27  Utah Rules of Civil Procedure (URCP), Rule 4(d)(1)(E) states the following:
28

4

1      *Method of Service.* Unless waived in writing, service of the summons and complaint shall be by one of the following methods . . . Personal service shall be made as follows . . . (d)(1)(E) Upon any corporation not herein otherwise provided for . . . by delivering a copy of the summons and the complaint to an officer, a managing or general agent, or other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy of the summons and the complaint to the defendant. If no such officer or agent can be found within the state, and the defendant has, or advertises or holds itself out as having a place of business within the state or elsewhere, or does business within this state or elsewhere, then upon the person in charge of such office or place of business.

Finally, URCP Rule 4(d)(2)(B) states the following:

     *Service by mail or commercial courier service* . . . (d)(2)(B) The summons and complaint may be served upon an entity covered by paragraphs (d)(1)(E) through (d)(1)(I) by mail or commercial courier service in any state or judicial district of the United States provided defendant's agent authorized by appointment or by law to receive service of process signs a document indicating receipt.

Plaintiff's chosen method of service of process also does not comply with Utah State law for service of process. Plaintiff did not personally serve the summons and complaint on "an officer, a managing or general agent, or other agent authorized by appointment or by law to receive service of process," as required by URCP Rule 4(d)(1)(E), nor did Plaintiff serve defendant's authorized agent for service by certified mail or commercial courier service and obtain a document indicating receipt thereof by MRI's agent authorized to receive process.

### III.

### **CONCLUSION**

As has been set forth above, Plaintiff has not complied with the FRCP Rule 4 for service of process upon a corporation. Accordingly, Plaintiff's purported service of process upon MRI in this case was insufficient, and should be quashed by the Court. MRI respectfully requests the Court to quash Plaintiff's purported service of process, and to require Plaintiff to comply with the applicable provisions of FRCP Rule, prior to requiring MRI to file an Answer to Plaintiff's Complaint.

1 | DATED: July 9, 2008

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ Philip J. Giacinti, Jr.
Philip J. Giacinti, Jr.
Attorneys for Defendant,
Mineral Resources International, Inc.

Philip J. Giacinti, Jr. (Bar No. 065909)
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Defendant,
Mineral Resources International, Inc.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMART SALT, INC., | Case No.: 08 CV 1040 LAB BLM |
| Plaintiff, | **AFFIDAVIT OF MARYSA CARDWELL** |
| v. | NO ORAL ARGUMENT PURSUANT TO LOCAL RULE |
| MINERAL RESOURCES INTERNATIONAL, INC.; and JOHN DOES 1 through 25, inclusive, | |
| Defendants. | Ctrm: 9<br>Judge: Hon. Larry Alan Burns |

STATE OF UTAH    )
                          : ss.
COUNTY OF WEBER  )

      Being first duly sworn, I, Marysa Cardwell, aver and swear as follows:

      1.    I am over the age of 21 and competent to testify to the facts contained in this Affidavit.

      2.    I have personal knowledge of the facts contained in this Affidavit.

      3.    On June 18, 2008, I was serving as the human resources director of Mineral Resources International, Inc. ("MRI"). On that date, I was not serving as the head of the corporation, the controller, the general manager, a managing or general agent, or any other officer of MRI, nor was I designated as an agent for service of process upon MRI, either by appointment or by law.

      4.    On June 18, 2008, the U.S. Postal Service delivered a certified letter to MRI. Such letter was addressed to "Mineral Resources International, Inc., 1990 West 3300 South,

1  Ogden, Utah 84401." A copy of the envelope containing the certified letter is attached hereto
2  and incorporated herein as Exhibit "A." I was the individual at MRI who received and signed for
3  such certified letter on June 18, 2008.

4      5.    Such certified letter contained only a copy of the Civil Cover Sheet, Plaintiff's
5  Complaint and a Summons filed or issued in the above-entitled lawsuit. Nothing else was
6  enclosed in the certified letter.

7      FURTHER AFFIANT SAYETH NAUGHT.
8      DATED this ___9th___ day of July, 2008.

10      _____
    Marysa Cardwell, Affiant

11  SWORN AND SUBSCRIBED before me on this ___9th___ day of July, 2008.

13      _____
    Notary Public for Utah

14  [Seal]

*[Notary Seal: SHAINA LEIGH HARRIS, Notary Public, State of Utah, My Comm. Expires Oct 25, 2011, 1776 W 4800 S Apt D Roy UT 84067-3842]*

2

999999/901019/940056.01





Mineral Resources International, Inc.
1990 West 3300 South
Ogden, Utah 84401

Kennan E Kaeder
Attorney at Law
110 West C Street, Suite 1300
San Diego, Ca 92101

1  Philip J. Giacinti, Jr. (Bar No. 065909)
   PROCOPIO, CORY, HARGREAVES &
2      SAVITCH LLP
   530 B Street, Suite 2100
3  San Diego, California  92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorneys for Defendant,
   Mineral Resources International, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  SMART SALT, INC., | Case No.: 08 CV 1040 LAB BLM |
| 11       Plaintiff, | **AFFIDAVIT OF BRUCE H. ANDERSON** |
| 12  v. | NO ORAL ARGUMENT PURSUANT TO LOCAL RULE |
| 13  MINERAL RESOURCES INTERNATIONAL, INC.; and JOHN DOES 1 through 25, inclusive, | |
| 14  | Ctrm:     9 |
| 15       Defendants. | Judge:    Hon. Larry Alan Burns |

16  STATE OF UTAH           )
                            : ss.
17  COUNTY OF WEBER         )

18       Being first duly sworn, I, Bruce H. Anderson, aver and swear as follows:

19       1.   I am over the age of 21 and competent to testify to the facts contained in this

20  Affidavit.

21       2.   I have personal knowledge of the facts contained in this Affidavit.

22       3.   At all times relevant to this lawsuit, I was the president of Mineral Resources

23  International, Inc. ("MRI").  On June 18, 2008, Marysa Cardwell was serving as the human

24  resources director of MRI.  At that time, she was not serving as the head of the corporation, the

25  controller, the general manager, a managing or general agent, or any other officer of MRI, nor

26  was she designated as an agent for service of process upon MRI, either by appointment or by law.

27       4.   On June 18, 2008, I was serving as the president (and general manager, or

28  managing or general agent, of MRI in my role as president), and was serving as the designated

999999/901019/940056.01

1 agent for service of process of MRI (a Utah Business Agency Search showing Bruce H.
2 Anderson as the designated agent for service of process is attached hereto and incorporated
3 herein as Exhibit "A"). On that date, Cory D. Anderson was serving as corporate secretary of
4 MRI; Matthew T. Anderson was serving as vice-president of MRI; Val J. Anderson was serving
5 as vice-president of MRI; and Tom Dicksen was serving as controller of MRI. On June 18, 2008,
6 there were no other persons serving as general manager, as managing or general agent, as
7 controller, or as any other officers of MRI.

8  5. MRI is a Utah corporation, which has never been registered to do business in the
9 State of California.

10  6. MRI has received no request for waiver of service from the Plaintiff in this matter
11 to the best of my knowledge.

12  FURTHER AFFIANT SAYETH NAUGHT.
13  DATED this ___9th___ day of July, 2008.

15  _____
    Bruce H. Anderson, Affiant

16  SWORN AND SUBSCRIBED before me on this ___9th___ day of July, 2008.

19  _____
20  Notary Public for Utah

21  [Seal]

SHAINA LEIGH HARRIS
Notary Public
State of Utah
My Comm. Expires Oct 25, 2011
1775 W 4800 S Apt D Roy UT 84067-3642

2

999999/901019/940056.01




# Business Entity Search

Help

| Name | Type | City | Status |
|---|---|---|---|
| MINERAL RESOURCES INTERNATIONAL, INC. | Corporation | Roy | Active |

**Business Name:** MINERAL RESOURCES INTERNATIONAL, INC.
**Entity Number:** 1290063-0142
**Registration Date:** 12/26/1995
**State of Origin:** UT

### Address

ATTN: JEANNIE RODRIGUEZ PO BOX 190
Roy, UT 84067

### Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 11/10/2005
**Last Renewed:** 10/30/2007
**License Type:** Corporation - Domestic - Profit
**Delinquent Date:** 12/26/2008

### Registered Agent

**Registered Agent:** BRUCE H ANDERSON
[Search BES] [Search RPS]
**Address Line 1:** 1990 W 3300 S
**Address Line 2:**
**City:** Ogden
**State:** UT
**Zip:** 84401

### Additional Information

**Additional Principals:** N
**NAICS Code:** 9999
**NAICS Title:** 9999-Nonclassifiable Establishment
**Stock Class 1 Amount:** 1,000,000
**Stock Class 1 Type:** COMMON
**Stock Class 2 Amount:** 1,000,000
**Stock Class 2 Type:** PREFERRED
**Stock Class 3 Amount:** 0000000000
**Stock Class 4 Amount:** 0000000000

With this information, you can...

[Search for Images]    If you would like to view images of paper filings for this business entity, select the button to the left. You will be assessed a $ 2.00 fee per image of a document for this service.

[Access Principal Information]    If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a $ 1.00 fee for this information.

[Back to search results]    [Do Another Search]

Department of Commerce Home | Division of Corporations Home | Contact Us
Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2008 State of Utah - All rights reserved.

1  Philip J. Giacinti, Jr. (Bar No. 065909)
   PROCOPIO, CORY, HARGREAVES &
2      SAVITCH LLP
   530 B Street, Suite 2100
3  San Diego, California  92101
   Telephone: 619.238.1900
4  Facsimile: 619.235.0398

5  Attorneys for Defendant,
   Mineral Resources International, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 | SMART SALT, INC.,                    | Case No.: 08 CV 1040 LAB BLM
11 |            Plaintiff,                | PROOF OF SERVICE
12 | v.                                   |
13 | MINERAL RESOURCES INTERNATIONAL,     | Ctrm:   9
   | INC.; and JOHN DOES 1 through 25,    | Judge:  Hon. Larry Alan Burns
14 | inclusive,                           |
   |            Defendants.               |
15

16      I am a resident of the State of California, over the age of eighteen years, and not a party to

17 the within action.  My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH

18 LLP, 530 "B" Street, Suite 2100, San Diego, California 92101.  On July 9, 2008, I served the

19 within documents:

20      1.   **DEFENDANT, MINERAL RESOURCES INTERNATIONAL, INC.'S
             NOTICE OF MOTION TO QUASH SERVICE OF PROCESS;**
21
        2.   **DEFENDANT, MINERAL RESOURCES INTERNATIONAL, INC.'S
22           MOTION TO QUASH SERVICE OF PROCESS;**

23      3.   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
             MOTION TO QUASH SERVICE OF PROCESS;**
24
        4.   **AFFIDAVIT OF MARYSA CARDWELL;**
25
        5.   **AFFIDAVIT OF BRUCE H. ANDERSON.**
26
   ☐    by transmitting via facsimile number (619) 235-0398 the document(s) listed above to the
27      fax number(s) set forth below on this date before 5:00 p.m.  A copy of the transmission
        confirmation report is attached hereto.
28

1  [ ]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ]  by placing the document(s) listed above in a sealed overnight envelope and depositing it for overnight delivery at San Diego, California, addressed as set forth below. I am readily familiar with the practice of this firm for collection and processing of correspondence for processing by overnight mail. Pursuant to this practice, correspondence would be deposited in the overnight box located at 530 "B" Street, San Diego, California 92101 in the ordinary course of business on the date of this declaration.

[ ]  by causing personal delivery via Knox Attorney Service, Inc., c/o their affiliate, of the documents listed above to the person at the address set forth below.

[X]  by the Court's Electronic Filing System pursuant to U.S. District Court, Southern District, Local Civil Rule 5.4(c)

Kennan E Kaeder, Esq.
Law Office of Kennan E Kaeder
110 West C Street, Suite 1300
San Diego, CA 92101

[ ]  *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 9, 2008, at San Diego, California.

_____
Christine A. Waltman

999999/901019/940017.01