# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Smart Salt v. Mineral Resources        Case No: 08cv1040-LAB (BLM)

HON. Larry A. Burns        CT. DEPUTY        Rptr.

Present

Plaintiff(s):    No appearance.

Defendant(s):   No appearance.

Pursuant to Civil Local Rule 7.1(d)(1), the Court finds Defendant's Motion To Quash Service Service Of Process appropriate for decision on the papers and without oral argument. Accordingly, the hearing presently scheduled for August 25, 2008 is *off-calendar*, and the matter is under submission.


DATED: August 19, 2008                INITIALS:  RLW Law Clerk